CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 19 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARSHALL DEWAYNE WILLIAMS,<br>　　Plaintiff, | Civil Action No. 7:16-cv-00299 |
| v. | **ORDER** |
| WARDEN,<br>　　Defendant. | By: Hon. Michael F. Urbanski<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Williams' motion to appoint the Federal Public Defender (ECF No. 1) is **DENIED** and Williams' motion for an extension of time (ECF No. 3) is **DENIED** as moot. As Williams has declined to proceed under 28 U.S.C. § 2241 and his motion seeks no other relief besides appointment of counsel, the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Williams.

ENTER: This 19th day of July, 2016.

/s/ Michael F. Urbanski
United States District Judge